

**IT IS ORDERED as set forth below:**

**Date: January 27, 2026**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 25-65121-BEM |
| Sandy Springs Development Group LLC, | |
| Debtor. | CHAPTER 11 |

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO FILE DOCUMENTS

On December 31, 2025, the Court entered an *Order Setting Deadlines for Debtor to Correct Filing Deficiencies*. [Doc. 6]. In the Order, Debtor's Balance Sheet, Statement of Operations, Cash Flow Statement, and Most Recent Federal Income Tax Return were to be filed by January 6, 2026. Debtor's Schedules D, E/F, G, H, Declaration Under Penalty of Perjury, Summary of Assets and Liabilities, and List of Equity Security Holders were to be filed by January 13, 2026. No request for extension of time is pending and neither Debtor nor any part in interest has requested a hearing thereon. If Debtor fails to file the required papers or correct the deficiencies, the Order states that the Court may dismiss this case without further notice or hearing. The deadlines have passed, and Debtor's Schedules G and H, Most Recent Federal Income Tax

Return, Balance Sheet, Statement of Operations and Cash Flow Statement have not been filed. Accordingly, it is

ORDERED that Debtor shall show cause why this case should not be dismissed due to filing deficiencies at a hearing to be held on **February 24, 2026, at 11:00 AM** COURTROOM 1402, UNITED STATES COURTHOUSE, RICHARD B. RUSSELL FEDERAL BUILDING, 75 TED TURNER DRIVE (f/k/a SPRING STREET), SW, ATLANTA, GEORGIA.

**END OF ORDER**

**Distribution List**

Sandy Springs Development Group LLC
6995 Northgreen Drive
Atlanta, GA 30328

Gregory T Bailey
Gregory T. Bailey & Law Associates
5682 Palazzo Way, Suite 101
Douglasville, GA 3013

United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Lindsay P. S. Kolba
Office of the U.S. Trustee
Suite 362
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

David S. Weidenbaum
Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

3